**Order filed April 28, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00377-CV**

_____

**VICTOR ANTHONY CHARLES, Appellant**

**V.**

**CHERYL HARRIS DIGGS, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-08158**

---

## O R D E R

The clerk's record was filed October 28, 2021, and the first supplemental clerk's record was filed on December 21, 2021. We have determined that a relevant item in the first supplemental clerk's record is defective. *See* TEX. R. APP. P. 34.5(d). Specifically, most of the letters are missing from the document that begins at page 38 in the first supplemental clerk's record, described in the index as "Plaintiff's Reply to Defendant's Reply to Plaintiff's Response to Defendant's No-Evidence Motion for Summary Judgment," filed May 21, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record **on or before May 9, 2022**, containing a readable copy of "Plaintiff's Reply to Defendant's Reply to Plaintiff's Response to Defendant's No-Evidence Motion for Summary Judgment," filed May 21, 2021.

If the case file does not contain a readable "Plaintiff's Reply to Defendant's Reply to Plaintiff's Response to Defendant's No-Evidence Motion for Summary Judgment," the district clerk is directed to file a supplemental clerk's record containing a certified statement that the case file does not contain the item in a readable form.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.